RECEIVED

OCT 19 2005

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MAXNER CO., LTD
and MAXNER (H.K.)
ENTERPRISE CO., LTD

VS. C.A. NO. 00-0324T

DEBORAH MACHALA and
WILLIAM MACHALA d/b/a
CHRISHA CREATIONS, LTD.

**IN THE ABOVE ENTITLED CAUSE, IT IS HEREBY AGREED THAT THE FOLLOWING ENTRY BE MADE:**

**The judgment of the plaintiffs against the defendant William Machala d/b/a Chrisha Creations, Ltd. is hereby fully satisfied.**

Melissa Horne, Esq.
WINOGRAD SHINE & ZACKS
Melissa Horne

(PLAINTIFF'S ATTORNEY – PRINTED NAME) SIGNATURE)

Thomas C. Plunkett 1662
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903

(DEFENDANT'S ATTORNEY – PRINTED NAME) (SIGNATURE)

DATED: September 9, 2005

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge

DATE 10/24/05